PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>APPROXIMATELY $16,000.00 IN<br>U.S. CURRENCY,<br><br>                    Defendant. | 1:23-MC-00109-JLT<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Adriana Jones ("claimant"), by and through their respective counsel, as follows:

1.      The United States and the Claimants, Plaintiffs in the civil action, *Howard J. Miller, et al v. Juarez Cartel*, Civil Action No 1:20-cv-132; United States District Court for the District of North Dakota, by and through their attorney, Michael Elsner at Motley Rice LLC, agree to extend the deadline for the United States to file civil forfeiture complaints on the assets discussed below.

2.      The Claimants have filed approximately 700 claims in the nonjudicial civil forfeiture proceedings initiated by the Drug Enforcement Administration and Customs and Border Protection, to the properties identified in Exhibit A ("the properties").  The Claimants intend this Agreement to apply to all claims filed by the claimants, even if the property is omitted from Exhibit A.

///

3. The claims have been, or are in the process of being, referred to United States Attorneys Offices across the country.

4. Pursuant to 18 U.S.C. § 983(a)(3)(A) and (B), the United States has 90 days from its receipt of a claim in a nonjudicial forfeiture proceeding to initiate a judicial forfeiture proceeding against the properties.

5. The Claimants acknowledge that the deadlines for the United States to file a judicial forfeiture action against the properties begin to run on or about November 29, 2023.

6. As provided in 18 U.S.C. § 983(a)(3)(A), the Claimants and the United States have agreed to extend the time within which the United States may file a judicial action for forfeiture against the properties to give the parties sufficient time to try to resolve these matters before the United States files or declines to file any such judicial forfeiture action.

7. The Claimants knowingly, intelligently, and voluntarily give up any right they may have under 18 U.S.C. § 983(a)(3)(A)-(B) to require the United States to file a judicial forfeiture against the properties covered by this agreement on or before the deadline referenced in paragraphs 4-5 and any right that they may have to seek dismissal of any civil judicial complaint on the ground that it was not timely filed.

8. Claimants and the United States agree, that in the event the Claimants seek to file an amended claim, the United States will not argue that the amended claim is untimely during the course of the agreed upon extension.

9. Claimants' counsel warrants and represents that counsel is authorized to enter into this agreement on behalf of the Claimants.

10. The Claimants and the United States agree to extend the deadline by which the United States may timely file a judicial forfeiture against the properties until February 29, 2024. This extension is not intended to reduce the time in which the United States may file a judicial forfeiture against any of the properties (any property for which the statutory deadline is after February 29, 2024). In the event the February 29, 2024, deadline is not met, Claimants and the United States agree that the Claimants may

///

///

Stipulation and Order to Extend Time

assert any rights right they may have under 18 U.S.C. § 983(a)(3)(A)-(B) to require the United States to file a judicial forfeiture against the properties covered by this agreement.

Dated: 12/4/23

PHILLIP A. TALBERT
United States Attorney

By:   /s/ Kevin C. Khasigian
      KEVIN C. KHASIGIAN
      Assistant U.S. Attorney

**ATTORNEY FOR CLAIMANTS**

Dated: 11/20/23

/s/ Michael Elsner
MICHAEL ELSNER, ESQUIRE
New York Bar No. ME8337
South Carolina Bar No. 72893
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, South Carolina 29464
Phone: 843-216-9250
Email: melsner@motleyrice.com

(Signature retained by attorney)

IT IS SO ORDERED.

Dated:   **December 7, 2023**

UNITED STATES DISTRICT JUDGE

3

Stipulation and Order to Extend Time